■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CEDRIC ADAMS, Appellant. [817 NYS2d 568]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered November 25, 2003. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree, attempted robbery in the first degree, attempted aggravated assault on a police officer and assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIS BOWDEN, Appellant. [817 NYS2d 568]—Appeal from a resentence of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 31, 2005. Defendant was resentenced upon her conviction of murder in the second degree (two counts) and robbery in the first degree (two counts).

It is hereby ordered that the resentence so appealed from be and the same hereby is unanimously affirmed (*see People v Bowden*, 15 AD3d 884 [2005], *lv denied* 4 NY3d 851 [2005]). Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GREEN, Appellant. [817 NYS2d 568]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered May 11, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Kehoe, Gorski and Pine, JJ.